# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PRINCE QUINTAE DODSON**                                                                             **PLAINTIFF**
**ADC #145862**

v.                              Case No: 3:21-cv-00004-LPR

**RON HUNTER**                                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Prince Quintae Dodson's Complaint (Doc. 2) is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 21st day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE